JOHN P. KRAEMER, Appellant, *v.* RICHARD H. WILLIAMS, Respondent, Impleaded with Another.

*Kraemer* v. *Williams*, 131 App. Div. 236, affirmed.
(Argued December 5, 1911; decided December 19, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 26, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for goods alleged to have been sold and delivered; to have certain deeds declared fraudulent and void; to establish a lien on certain property, for an injunction and for an accounting.

*Emil Schneeloch* for appellant.

*Harrison S. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.